UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Division Name

| | |
|---|---|
| Resound Structured Holdings LLC §<br>Plaintiff §<br> §<br>v. §   Civil Action No. 3:22-cv-01877-S<br> §<br>Smart Contract Solutions LTD, et al §<br>Defendant § | |

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the Defendant named below:

Verlin Sanciangco

---

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

s/ N. Taylor
By: Deputy Clerk on 11/3/2023