IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RESOUND STRUCTURED HOLDINGS, LLC; <br><br> Plaintiffs. <br><br> v. <br><br> SMART CONTRACT SOLUTIONS, LTD and VERLIN SANCIANGCO, <br><br> Defendants. | Civil Action File No.: 3:22-CV-1877 |

## **MOTION FOR ENTRY OF RULE 55(b)(1) DEFAULT JUDGMENT**

Comes Now Plaintiff, Resound Structured Holdings, LLC, by and through counsel and moves the Court for Entry of Default Judgment against Smart Contract Solutions, LTD and Verlin Sanciangco pursuant to Fed. R. Civ. P. 55(b)(1) *et seq*.

1. The Complaint in this matter was filed on or about August 24, 2022 (Doc. 1).

2. Defendants were finally served via publication on August 10, 17, 24, and 31, 2023 (Doc. 19).

3. On November 3, 2023, a Clerk's Entry of Default was entered against Defendant Verlin Sanciangco (Doc. 21).

4. On January 24, 2024, a Clerk's Entry of Default was entered against Defendant Smart Contract Solutions LTD (Doc. 22).

5. The facts and allegations contained in the Complaint (Doc. 1) are true and correct. (Affidavit of Christopher Conant ¶4, attached hereto as "Exhibit A", hereinafter "Conant Aff.").

6. Resound Structured Holdings, LLC entered into an Agreement with Smart Contract Solutions, LTD and Verlin Sanciangco. (Conant Aff. ¶6).

7. Smart Contract Solutions, LTD and Verlin Sanciangco breached said Agreement. (Conant Aff. ¶7).

8. Resound Structured Holdings, LLC is entitled to $5,000,000.00 (Five Million Dollars) in liquidated damages. (Conant Aff. ¶8 and attached hereto as "Exhibit B")[1].

This 24th day of July, 2024.

BARHAM & MAUCERE LLC

*/s/ SCOTT RAYMOND MAUCERE*

_____
Scott R. Maucere, TX # 24127853
Admitted to Practice in U.S. District Court
For the Northern District of Texas
6708 Heritage Business Court
Chattanooga, TN 37421
423.855.1755
Scott@b-m.law
*Attorney for the Plaintiff*

---

[1] "Exhibit B" to this Motion was also attached to the Complaint (Doc. 1) as "Exhibit A" (Doc. 1-2).