IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RESOUND STRUCTURED HOLDINGS, LLC;<br><br>  Plaintiff.<br><br>v.<br><br>SMART CONTRACT SOLUTIONS, LTD and VERLIN SANCIANGCO,<br><br>  Defendants. | No. 3:22-cv-1877<br><br>**JURY DEMAND** |

### AFFIDAVIT OF CHRISTOPHER CONANT

1. My name is Christopher Conant, I am over eighteen years old, and sui juris in this matter.

2. I am the Manager of Resound Structured Holdings, LLC.

3. I am making this affidavit in support of Plaintiff's Motion Order of Default Judgment.

4. I have first-hand knowledge of the facts and allegations contained in the Complaint in this matter, which was filed on August 24, 2022.

5. The allegations contained within the Complaint are true and accurate to the best of my knowledge.

6. Resound Structured Holdings, LLC entered into an Agreement with Smart Contract Solutions, LTD and Verlin Sanciangco.

7. Smart Contract Solutions, LTD and Verlin Sanciangco breached said Agreement.

8. The Agreement contained a liquidated damages clause in the amount of $5,000,000.00 (Five Million Dollars).

9. Resound Structured Holdings, LLC is entitled to $5,000,000.00 (Five Million Dollars) in liquidated damages.

FURHTER AFFIANT SAYETH NOT.

*Christopher Conant*
Christopher Conant

STATE OF Texas

COUNTY OF Ellis ;

On this 12 day of July 2024, before me, J. Sethe Ayres Notary Public, appeared Christopher Conant, known to me or verified by identification, the person whose name is subscribed to this instrument, and acknowledge that he executed it. I declare under the penalty of perjury that the person whose name is subscribed to this instrument appears to be of sound mind and under no duress, fraud, or undue influence.

*J. Sethe Ayres*
Notary Public

My Commission Expires: 01-17-2026

[Notary Seal: JOSEPH SETHE AYRES, NOTARY PUBLIC, STATE OF TEXAS, ID 13139910-0, EXP. 01-17-2026]